

**FILED**
CLERK, U.S. DISTRICT COURT
09/09/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER 5:20-mj-00482 |
|---|---|
| PLAINTIFF(S) | 20-CR-01748-JAH-1 |
| v. | |
| Sawyer Hartman | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Pretrial Violation
in the Southern District of California on 08/27/2020
at unknown ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 08/27/20
in violation of Title 18 U.S.C., Section(s) 3132
to wit: Pretrial Violation

A warrant for defendant's arrest was issued by: Honorable Allison H. Goddard

Bond of $0 was ☐ set / ☐ recommended.

Type of Bond: No Bail

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/9/20
                Date

_[signature]_  #4762
Signature of Agent

M. Cordova
Print Name of Agent

US Marshal Service
Agency

Deputy US Marshal
Title